IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50910
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAUL GARCIA, also known as Richard Losoya,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CR-48-03-SS
--------------------
June 13, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Robert Fiedler, the attorney appointed to represent Raul Garcia, has moved to withdraw and filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Although Garcia has been informed of counsel's motion, he has not filed a response. Our review of counsel's brief and independent review of the record discloses no nonfrivolous issue for appeal.  Accordingly, counsel's motion to withdraw is GRANTED.  Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.